[No. 24919-7-II.   Division Two.   April 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RODERICK LEVON SLAUGHTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00788-5, Kitty-Ann van Doorninck, J., entered July 13, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Houghton, JJ.

[No. 25016-1-II.   Division Two.   April 6, 2001.]

*In the Matter of the Marriage of* MARGARET WHITMIRE, *Respondent*, and BILLY FRANKLIN WHITMIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-3-00523-1, F. Mark McCauley, J., entered September 7, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25286-4-II.   Division Two.   April 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ARLEDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00127-5, Brian M. Tollefson, J., entered November 15, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 25400-0-II.   Division Two.   April 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY L. MAPLES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01041-6, William J. Kamps, J., entered November 23, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Bridgewater, J.